UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVE HARRIS #527986,                 Case No. 2:15-cv-00126

       Petitioner,                             Hon.  Paul L. Maloney
                                                    U.S. District Judge

v.

JEFF WOODS,

       Respondent.
_____/

**REPORT AND RECOMMENDATION**

This is a petition for writ of habeas corpus brought by former state prisoner Dave Harris.[1]  In September of 2015, Harris filed his original petition accompanied by a motion to hold the petition in abeyance due to his failure to exhaust his claims in the state courts before filing his petition.  (ECF Nos. 1 and 2.)  Harris wanted to raise two new ineffective assistance of counsel claims in a motion for relief from judgment.  (ECF No. 2.)  The Court denied his motion to hold the case in abeyance.  (ECF No. 4.)  Harris moved for reconsideration and his motion was denied.  (ECF Nos. 8 and 12.)

Respondent has filed an answer to the petition and Rule 5 materials.  (ECF Nos. 10 and 11.)

On March 5, 2018, Harris moved again to stay the action to allow him to bring and exhaust three new claims in a motion for relief from judgment in the state courts.

---

[1] Harris was discharged from the MDOC on April 18, 2020. http://mdocweb.state.mi.us/OTIS2/otis2profile.aspx?mdocNumber=527986

(ECF No. 18.)   On March 9, 2018, the Court granted Harris's motion to stay.   (ECF No. 19.)   In the same order, the Court administratively closed the case.   (*Id*.)   The case is currently closed.

Harris was also provided 30 days to file his motion for relief from judgment and was informed that this case would be stayed until he filed a motion to amend his petition to include his subsequently exhausted claims.   (*Id*., PageID.1156.)   Harris was informed that he would have 30 days after the final decision by the Michigan Supreme Court to file his motion to amend.   (*Id*.)   Harris was warned that the failure to comply with the deadlines stated in the order could result in dismissal of his petition.   (*Id*., PageID.1157.)

On November 20, 2019, Harris filed a motion for an extension of time to file his amended petition.   (ECF No. 20.)   In his motion, Harris represented that the Michigan Supreme Court denied his application for leave to appeal on October 29, 2019.   (*Id*., PageID.1159.)   Harris stated that he was undergoing chemotherapy treatment and was moving between two MDOC facilities to obtain the treatment.   (*Id*.)   The Court granted Harris's motion for an extension of time on November 20, 2019.   (ECF No. 22.)

The order stated that Harris may file a motion to amend his petition accompanied by his proposed amended petition on or before December 30, 2019.   (*Id*.)

It is noted that the record shows that this order was returned to the Court as undeliverable to Harris on December 4, 2019.   (ECF No. 23.)

Harris did not comply with the order by submitting a proposed amended petition on or before December 30, 2019.   Nor did Harris file a new motion to extend the deadline.

On March 27, 2020, Harris filed a document titled Amended Petition.[2]

Harris has failed to comply with the orders of this Court by filing a timely motion to amend his petition accompanied by his proposed amended petition.   Harris was warned that his failure to file a timely motion to amend his petition could result in the dismissal of this case.   It is respectfully recommended that the Court dismiss this case due to Harris's failure to comply with this Court's order to file a timely motion to amend his petition.

Accordingly, it is recommended that the Court lift the stay that administratively closed this case and dismiss this case with prejudice.

NOTICE TO PARTIES:   Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.   28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).   Failure to file timely objections constitutes a waiver of any further right to appeal.   *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).   *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated:   April 24, 2020                                              /s/ *Maarten Vermaat*
                                                                           MAARTEN VERMAAT
                                                                           U.S. MAGISTRATE JUDGE

---

[2]   The amended petition has not been filed in the record because it was submitted after the case was administratively closed and violated the previous order.