UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVE HARRIS,

    Petitioner,

v.

JEFF WOODS,

    Respondent.
_____/

Case No. 2:15-cv-126

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.


Dated:  June 11, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge